**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

In re: SEMRAU, CYNTHIA L.         § Case No. 10-33059(JBR)
                                  §
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Kara S. Rescia, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $267,099.00             Assets Exempt: $27,724.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,580.00    Claims Discharged
                                              Without Payment: $60,490.74

Total Expenses of Administration: $1,420.00

---

  3) Total gross receipts of $ 5,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $29,176.84 | $230,261.85 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,420.00 | 1,420.00 | 1,420.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,315.21 | 54,755.53 | 54,755.53 | 3,580.00 |
| **TOTAL DISBURSEMENTS** | $38,492.05 | $286,437.38 | $56,175.53 | $5,000.00 |

4) This case was originally filed under Chapter 7 on October 08, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/29/2013        By: /s/Kara S. Rescia
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 511 Fairwood Lakes Drive Myrtle Beach, FL 50%, w | 1110-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | Flagstar Bank, FSB | 4110-000 | N/A | 204,386.41 | 0.00 | 0.00 |
| 27 | Wells Fargo Bank, NA | 4110-000 | N/A | 25,875.44 | 0.00 | 0.00 |
| NOTFILED | Brookline Bank | 4110-000 | 29,176.84 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$29,176.84** | **$230,261.85** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kara S. Rescia | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Kara S. Rescia | 2200-000 | N/A | 20.00 | 20.00 | 20.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,420.00 | $1,420.00 | $1,420.00 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 7100-000 | N/A | 714.98 | 714.98 | 46.75 |
| 2 | Department Stores National Bank/Macy's | 7100-000 | N/A | 395.65 | 395.65 | 25.87 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 16,295.14 | 16,295.14 | 1,065.40 |
| 4 | Fia Card Services, NA As Successor In Interest to | 7100-000 | N/A | 1,808.06 | 1,808.06 | 118.21 |
| 5 | National Capital Management, LLC. | 7100-000 | N/A | 2,262.30 | 2,262.30 | 147.91 |
| 6 | Oak Harbor Capital II, LLC | 7100-000 | N/A | 645.28 | 645.28 | 42.19 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 422.56 | 422.56 | 27.63 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,789.54 | 2,789.54 | 182.38 |
| 9 | eCAST Settlement Corporation | 7100-000 | N/A | 5,353.71 | 5,353.71 | 350.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,456.44 | 1,456.44 | 95.22 |
| 11 | Chase Bank USA, NA | 7100-000 | N/A | 1,046.49 | 1,046.49 | 68.42 |
| 12 | PRA Receivables Management LLC | 7100-000 | N/A | 588.27 | 588.27 | 38.46 |
| 13 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 621.25 | 621.25 | 40.62 |
| 14 | American Infosource Lp As Agent for Wfnnb | 7100-000 | N/A | 655.24 | 655.24 | 42.84 |
| 15 | PRA Receivables Management LLC | 7100-000 | N/A | 1,043.20 | 1,043.20 | 68.21 |
| 16 | PRA Receivables Management LLC | 7100-000 | N/A | 862.22 | 862.22 | 56.37 |
| 17 | Quantum3 Group Llc | 7100-000 | N/A | 293.27 | 293.27 | 19.17 |
| 18 | CANDICA L.L.C. | 7100-000 | N/A | 8,931.52 | 8,931.52 | 583.96 |
| 19 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 1,001.00 | 1,001.00 | 65.45 |
| 20 | PRA Receivables Management, LLC | 7100-000 | N/A | 251.11 | 251.11 | 16.42 |
| 21 | PRA Receivables Management, LLC | 7100-000 | N/A | 556.54 | 556.54 | 36.39 |
| 22 | PRA Receivables Management, LLC | 7100-000 | N/A | 917.91 | 917.91 | 60.01 |
| 23 | PRA Receivables Management, LLC | 7100-000 | N/A | 784.59 | 784.59 | 51.30 |
| 24 | American Express Centurion Bank | 7100-000 | N/A | 1,583.75 | 1,583.75 | 103.55 |
| 25 | PRA Receivables Management, LLC | 7100-000 | N/A | 1,425.60 | 1,425.60 | 93.21 |
| 28 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 303.45 | 303.45 | 19.84 |
| 29 | GE Money Bank | 7100-000 | N/A | 469.97 | 469.97 | 30.73 |
| 30 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 621.25 | 621.25 | 40.62 |
| 31 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 655.24 | 655.24 | 42.84 |
| NOTFILED | The Home Depot | 7100-000 | 504.38 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 2,692.54 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 989.29 | N/A | N/A | 0.00 |
| NOTFILED | Dillards | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $9,315.21 | $54,755.53 | $54,755.53 | $3,580.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-33059(JBR)  
**Case Name:** SEMRAU, CYNTHIA L.

**Trustee:** (270230) Kara S. Rescia  
**Filed (f) or Converted (c):** 11/16/11 (c)  
**§341(a) Meeting Date:** 12/09/11

**Period Ending:** 05/29/13  
**Claims Bar Date:** 06/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 404 North Elm Street, Wallingford 100% | 240,000.00 | 0.00 | | 0.00 | FA |
| 2 | 511 Fairwood Lakes Drive Myrtle Beach, FL 50%, w | 55,000.00 | 7,263.60 | | 5,000.00 | FA |
| 3 | Cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Bank of America - checking | 550.00 | 0.00 | | 0.00 | FA |
| 5 | Liberty Bank - checking | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Bank of America - savings | 64.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous household goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous jewelry, watch | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Term life (through employment) - no cash value T | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Pension (through employment) - not an asset of t | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2010 Dodge Journey (3,500 miles/excellent condit | 21,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1 dog | 20.00 | 0.00 | | 0.00 | FA |
| 15 | Miscellaneous hand and garden tools | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Assets  Totals (Excluding unknown values) | **$322,099.00** | **$7,263.60** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/18/12 finally received supporting documentation which does duly evidence Claim #18. Prepare and submit Trustee's final report

06/27/12 still investigating claims and waiting for requested supporting documentation

03/30/12 prepared and filed Motion to Approve Compromise of nonexempt equity in South Carolina condo.

12/29/11 awaiting valuation of South Carolina Condo co-owned by debtor with nondebtor spouse and offer from debtor as to nonexempt equity.

**Initial Projected Date Of Final Report (TFR):** June 30, 2012     **Current Projected Date Of Final Report (TFR):** September 18, 2012 (Actual)

Printed: 05/29/2013 11:38 AM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-33059(JBR)  
**Case Name:** SEMRAU, CYNTHIA L.

**Taxpayer ID #:** **-***4594  
**Period Ending:** 05/29/13

**Trustee:** Kara S. Rescia (270230)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $16,022,065.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/12 | {2} | Cynthia Semrau | Myrtle Beach, SC Condo | 1110-000 | 5,000.00 | | 5,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,900.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,875.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,850.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001027023088 20130103 | 9999-000 | | 4,850.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,850.00 | |
| | | | **Subtotal** | | 5,000.00 | 150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$150.00** | |

{} Asset reference(s)

Printed: 05/29/2013 11:38 AM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-33059(JBR)  
**Case Name:** SEMRAU, CYNTHIA L.  
**Taxpayer ID #:** **-***4594  
**Period Ending:** 05/29/13

**Trustee:** Kara S. Rescia (270230)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****620365 - Checking Account  
**Blanket Bond:** $16,022,065.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,850.00 | | 4,850.00 |
| 03/28/13 | 11001 | Kara S. Rescia | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,600.00 |
| 03/28/13 | 11002 | Kara S. Rescia | Dividend paid 100.00% on $20.00, Trustee Expenses; Reference: | 2200-000 | | 20.00 | 3,580.00 |
| 03/28/13 | 11003 | Dell Financial Services L.L.C. | Dividend paid 6.53% on $714.98; Claim# 1; Filed: $714.98; Reference: | 7100-000 | | 46.75 | 3,533.25 |
| 03/28/13 | 11004 | Department Stores National Bank/Macy's | Dividend paid 6.53% on $395.65; Claim# 2; Filed: $395.65; Reference: | 7100-000 | | 25.87 | 3,507.38 |
| 03/28/13 | 11005 | Portfolio Recovery Associates, LLC | Dividend paid 6.53% on $16,295.14; Claim# 3; Filed: $16,295.14; Reference: | 7100-000 | | 1,065.40 | 2,441.98 |
| 03/28/13 | 11006 | Fia Card Services, NA As Successor In Interest to | Dividend paid 6.53% on $1,808.06; Claim# 4; Filed: $1,808.06; Reference: | 7100-000 | | 118.21 | 2,323.77 |
| 03/28/13 | 11007 | National Capital Management, LLC. | Dividend paid 6.53% on $2,262.30; Claim# 5; Filed: $2,262.30; Reference: | 7100-000 | | 147.91 | 2,175.86 |
| 03/28/13 | 11008 | Oak Harbor Capital II, LLC | Dividend paid 6.53% on $645.28; Claim# 6; Filed: $645.28; Reference: | 7100-000 | | 42.19 | 2,133.67 |
| 03/28/13 | 11009 | Portfolio Recovery Associates, LLC | Dividend paid 6.53% on $422.56; Claim# 7; Filed: $422.56; Reference: | 7100-000 | | 27.63 | 2,106.04 |
| 03/28/13 | 11010 | Portfolio Recovery Associates, LLC | Dividend paid 6.53% on $2,789.54; Claim# 8; Filed: $2,789.54; Reference: | 7100-000 | | 182.38 | 1,923.66 |
| 03/28/13 | 11011 | eCAST Settlement Corporation | Dividend paid 6.53% on $5,353.71; Claim# 9; Filed: $5,353.71; Reference: | 7100-000 | | 350.03 | 1,573.63 |
| 03/28/13 | 11012 | Portfolio Recovery Associates, LLC | Dividend paid 6.53% on $1,456.44; Claim# 10; Filed: $1,456.44; Reference: | 7100-000 | | 95.22 | 1,478.41 |
| 03/28/13 | 11013 | Chase Bank USA, NA | Dividend paid 6.53% on $1,046.49; Claim# 11; Filed: $1,046.49; Reference: | 7100-000 | | 68.42 | 1,409.99 |
| 03/28/13 | 11014 | PRA Receivables Management LLC | Dividend paid 6.53% on $588.27; Claim# 12; Filed: $588.27; Reference: | 7100-000 | | 38.46 | 1,371.53 |
| 03/28/13 | 11015 | American Infosource Lp As Agent for Wfnnb | Dividend paid 6.53% on $621.25; Claim# 13; Filed: $621.25; Reference: | 7100-000 | | 40.62 | 1,330.91 |
| 03/28/13 | 11016 | American Infosource Lp As Agent for Wfnnb | Dividend paid 6.53% on $655.24; Claim# 14; Filed: $655.24; Reference: | 7100-000 | | 42.84 | 1,288.07 |
| 03/28/13 | 11017 | PRA Receivables Management LLC | Dividend paid 6.53% on $1,043.20; Claim# 15; Filed: $1,043.20; Reference: | 7100-000 | | 68.21 | 1,219.86 |
| 03/28/13 | 11018 | PRA Receivables Management LLC | Dividend paid 6.53% on $862.22; Claim# 16; Filed: $862.22; Reference: | 7100-000 | | 56.37 | 1,163.49 |
| 03/28/13 | 11019 | Quantum3 Group Llc | Dividend paid 6.53% on $293.27; Claim# 17; | 7100-000 | | 19.17 | 1,144.32 |

Subtotals: $4,850.00  $3,705.68

{} Asset reference(s)

Printed: 05/29/2013 11:38 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-33059(JBR) | Trustee: | Kara S. Rescia (270230) |
| --- | --- | --- | --- |
| Case Name: | SEMRAU, CYNTHIA L. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****620365 - Checking Account |
| Taxpayer ID #: | **-***4594 | Blanket Bond: | $16,022,065.00  (per case limit) |
| Period Ending: | 05/29/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $293.27; Reference: | | | | |
| 03/28/13 | 11020 | CANDICA L.L.C. | Dividend paid  6.53% on $8,931.52; Claim# 18; Filed: $8,931.52; Reference: | 7100-000 | | 583.96 | 560.36 |
| 03/28/13 | 11021 | HSBC Bank Nevada, N.A. | Dividend paid  6.53% on $1,001.00; Claim# 19; Filed: $1,001.00; Reference: | 7100-000 | | 65.45 | 494.91 |
| 03/28/13 | 11022 | PRA Receivables Management, LLC | Dividend paid  6.53% on $251.11; Claim# 20; Filed: $251.11; Reference: | 7100-000 | | 16.42 | 478.49 |
| 03/28/13 | 11023 | PRA Receivables Management, LLC | Dividend paid  6.53% on $556.54; Claim# 21; Filed: $556.54; Reference: | 7100-000 | | 36.39 | 442.10 |
| 03/28/13 | 11024 | PRA Receivables Management, LLC | Dividend paid  6.53% on $917.91; Claim# 22; Filed: $917.91; Reference: | 7100-000 | | 60.01 | 382.09 |
| 03/28/13 | 11025 | PRA Receivables Management, LLC | Dividend paid  6.53% on $784.59; Claim# 23; Filed: $784.59; Reference: | 7100-000 | | 51.30 | 330.79 |
| 03/28/13 | 11026 | American Express Centurion Bank | Dividend paid  6.53% on $1,583.75; Claim# 24; Filed: $1,583.75; Reference: | 7100-000 | | 103.55 | 227.24 |
| 03/28/13 | 11027 | PRA Receivables Management, LLC | Dividend paid  6.53% on $1,425.60; Claim# 25; Filed: $1,425.60; Reference: | 7100-000 | | 93.21 | 134.03 |
| 03/28/13 | 11028 | Portfolio Recovery Associates, LLC | Dividend paid  6.53% on $303.45; Claim# 28; Filed: $303.45; Reference: | 7100-000 | | 19.84 | 114.19 |
| 03/28/13 | 11029 | GE Money Bank | Dividend paid  6.53% on $469.97; Claim# 29; Filed: $469.97; Reference: | 7100-000 | | 30.73 | 83.46 |
| 03/28/13 | 11030 | Quantum3 Group LLC as agent for | Dividend paid  6.53% on $621.25; Claim# 30; Filed: $621.25; Reference: | 7100-000 | | 40.62 | 42.84 |
| 03/28/13 | 11031 | Quantum3 Group LLC as agent for | Dividend paid  6.53% on $655.24; Claim# 31; Filed: $655.24; Reference: | 7100-000 | | 42.84 | 0.00 |

|  |  | ACCOUNT TOTALS | 4,850.00 | 4,850.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less: Bank Transfers | 4,850.00 | 0.00 | |
|  |  | **Subtotal** | **0.00** | **4,850.00** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$4,850.00** | |

{} Asset reference(s)                                                                                                                  Printed: 05/29/2013 11:38 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 10-33059(JBR) | Trustee: | Kara S. Rescia (270230) |
| --- | --- | --- | --- |
| Case Name: | SEMRAU, CYNTHIA L. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****620365 - Checking Account |
| Taxpayer ID #: | **-***4594 | Blanket Bond: | $16,022,065.00  (per case limit) |
| Period Ending: | 05/29/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******75-65** | **5,000.00** | **150.00** | **0.00** |
| **Checking # ****620365** | **0.00** | **4,850.00** | **0.00** |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)